

FILED
CLERK, U.S. DISTRICT COURT

DEC 23 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>           v.<br><br>GENOS LEE,<br><br>                    Defendant. | CASE NO. CR-22-00027-JFW<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Cim.P. 32.1(a)(6) 18 U.S.C. § 3143(a) Allegations of Violations of Probation/Supervised Release Conditions) |

On arrest warrant issued by the United States District Court for the _Central District of California_ involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

   A. (✓) the appearance of defendant as required; and/or

   B. (  ) the safety of any person or the community.

2. The Court concludes:

   A. (  ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any

---

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

1  other persons or the community.  Defendant poses a risk to the
2  safety of other persons or the community based on:

3  _____
4  _____
5  _____
6  _____
7  _____

8    B. (✓) Defendant has failed to demonstrate by clear and convincing
9    evidence that he is not likely to flee if released.  Defendant poses
10   a flight risk based on: _absconded from supervision;_
11   _no viable surety_____
12   _____
13   _____
14   _____
15   _____

16     IT IS ORDERED that defendant be detained.

17
18
19
20  DATED: December 23, 2025        _Alicia G. Rosenberg_
                                    HONORABLE ALICIA G. ROSENBERG
21                                  UNITED STATES MAGISTRATE JUDGE

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

CR-94 (06/07)                                                Page 2 of 2